IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. DNCW1:09CR74 |
| vs. ) | (Financial Litigation Unit) |
| ) | |
| ) | |
| MARK T. DELMONTE. ) | |

## **WRIT OF EXECUTION**

TO THE UNITED STATES MARSHAL
and THE OFFICE OF UNCLAIMED FUNDS, OFFICE OF THE NY STATE
COMPTROLLER:

An amended judgment was entered on November 12, 2010, (Docket No. 40), in the United States District Court for the Western District of North Carolina, in favor of the United States of America and against the defendant, Mark T. Delmonte, whose last known address is XXXXXXXXXXXXXX Asheville, NC 28801, in the sum of $22,681.00. The balance on the account as of May 7, 2012 is $22,531.00.

THEREFORE, YOU ARE HEREBY COMMANDED to levy and/or execute on property and the Office of Unclaimed Funds, Office of the New York State Comptroller, is commanded to **turn over property** in which the defendant, Mark T. Delmonte, Social Security Number XXX-XX-0844, has a substantial nonexempt interest, the said property being any and all unclaimed property held by the Office of Unclaimed Funds, Office of the New York State Comptroller, in the name of Mark T. Delmonte, at the following address: 110 State St, Albany, NY 12236.

Signed: May 8, 2012

Dennis L. Howell
United States Magistrate Judge